## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RICHARD LAWRENCE, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:23-cv-01101-CFC |
| | ) | |
| v. | ) | |
| | ) | |
| DENBURY INC., KEVIN MEYERS, | ) | JURY TRIAL DEMANDED |
| ANTHONY ABATE, CAROLINE | ) | |
| ANGOORLY, JAMES CHAPMAN, | ) | |
| CHRISTIAN KENDALL, LYNN PETERSON, | ) | |
| BRETT WIGGS, and CINDY YEILDING, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff voluntarily dismisses the claims in the above-captioned action (the "Action").  Defendants have neither served an answer or a motion for summary judgment in the Action.

Dated:  November 30, 2023

**LONG LAW, LLC**

By:   _/s/ Brian D. Long_
Brian D. Long (#4347)
3828 Kennett Pike, Suite 208
Wilmington, DE 19807
Telephone: (302) 729-9100
Email: BDLong@longlawde.com

*Attorneys for Plaintiff*